## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA

IN RE:  REASSIGNMENT OF CIVIL CASES                    4:95mc40111

_____/

## ADMINISTRATIVE ORDER

Upon review of the papers filed in the cases listed herein, the court has *sua sponte* determined that these cases present common questions of law and fact such that they should be assigned to one district judge.[1]   Accordingly, the following cases shall be reassigned to Judge Robert Hinkle:

GAINESVILLE DIVISION CASES

DIGITAL SIN INC v. DOES                           1:12cv136-SPM/GRJ

WEST COAST PRODUCTIONS INC v. DOES                1:12cv142-MP/GRJ

PATRICK COLLINS INC v. DOES                       1:12cv150-SPM/GRJ

MEDIA PRODUCTS INC v. DOES                        1:12cv151-MP/GRJ

PATRICK COLLINS INC v. DOES                       1:12cv155-SPM/GRJ

MALIBU MEDIA LLC v. DOE                           1:12cv156-SPM/GRJ

NEW SENSATIONS INC v. DOES                        1:12cv157-MP/GRJ

NEW SENSATIONS INC v. DOES                        1:12cv158-MP/GRJ


PENSACOLA DIVISION CASES

METRO MEDIA ENTERTAINMENT LLC v. DOES             3:12cv324-MCR/CJK

EXQUISITE MULTIMEDIA INC v. DOES                  3:12cv328-MCR/EMT

---

[1]   Currently, 20 similar cases have been filed and randomly assigned to seven district judges.  In addition to the 18 cases referenced herein, 2 additional cases in the Tallahassee Division were randomly assigned to Judge Hinkle at filing.

| | |
|---|---|
| PW PRODUCTIONS INC v. DOES | 3:12cv329-RV/EMT |
| PATRICK COLLINS INC v. DOE | 3:12cv340-MCR/EMT |
| ZERO TOLERANCE ENTERTAINMENT INC v. DOE | 3:12cv347-MCR/CJK |
| DIGITAL SIN INC v. DOE | 3:12cv349-RS/CJK |

TALLAHASSEE DIVISION CASES

| | |
|---|---|
| NGN PRIMA PRODUCTIONS INC v. DOES | 4:12cv230-WS/CAS |
| TOMCAT FILMS LLC v. DOES | 4:12cv261-WS/CAS |
| KOAN INC v. DOES | 4:12cv300-WS/CAS |
| MALIBU MEDIA LLC v. DOES | 4:12cv336-RS/CAS |

The Clerk is directed to file a copy of this order in each case and refer the case to Judge Hinkle.  The originally assigned magistrate judge and division for each case shall remain the same.  This order is entered with the concurrence of Judge Hinkle and all judges previously assigned to these cases.

**DONE AND ORDERED** this 23rd day of July, 2012.

s/ *M. Casey Rodgers*

**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**